# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SELISHA L. GARRETT

NO. 2019 KW 0493

JUL 2 2 2019

---

In Re:    Selisha L. Garrett, applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          Nos. 558314 & 561147.

---

BEFORE:   McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.

**WRIT GRANTED.**  The district court is ordered to provide the
documents to relator as set forth in its January 24, 2019,
order, on or before September 23, 2019, if it has not already
done so.  Documentation of compliance with this order shall be
filed in this court on or before September 30, 2019.

                              TMH
                              WIL

     McClendon, J., dissents.

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
            FOR THE COURT